EARL A. ADAMS, JR., ET AL.          *          NO. 2022-CA-0814

VERSUS                              *          COURT OF APPEAL

CHEVRON USA, INC.; EXXON            *          FOURTH CIRCUIT
MOBIL CORPORATION;
SEXTON OIL & MINERAL                *          STATE OF LOUISIANA
CORPORATION;
INTRACOASTAL TUBULAR                *
SERVICES, INC.; ALPHA
TECHNICAL SERVICES, INC.;           *
OFS, INC.; AND JOSEPH F.            * * * * * * *
GREFER, CAMILLE GREFER,
ROSE MARIE GREFER
HAASE AND HENRY GREFER

DNA ATKINS, J., CONCURS IN THE RESULT